FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 28 2005

JAMES W. McCORMACK, CLERK
By: _____
                DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHANIE BROCKMAN CRUTCHFIELD                                    PLAINTIFF

v.                           No. 4:02CV00074 GH

DILLARD'S, INC.                                                   DEFENDANT

### ORDER

After hearing argument of counsel regarding defendant's motion for summary judgment, the Court is persuaded that credibility is a central issue in this case and as such is left exclusively to the fact-finder which in this case is the jury. The Court also notes the affidavit filed by plaintiff on January 21st invoking Civil Procedure Rule 56(f). Under these circumstances, the Court cannot grant summary judgment and so defendant's December 13th motion (#47) for summary judgment is denied.

In addition, the Court grants plaintiff's January 14th motion (#57) to compel discovery responses, but admonishes plaintiff not to abuse the discovery process and for counsel for both parties to work together to resolve discovery issues. The trial is removed from the February 22nd setting. In light of these rulings, defendant's December 30th motion (#51) to stay discovery pending decision on motion for summary judgment, plaintiff's January 21st motion (#60) for leave to file response to defendant's motion for summary judgment, and defendant's January 25th motion (#61) to extend time to respond to motion to compel have been rendered moot.

IT IS SO ORDERED this 27 day of January, 2005.

_George Howard, Jr._
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 1/31/05 BY _____

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

January 31, 2005

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:02-cv-00074.

True and correct copies of the attached were mailed by the clerk to the following:

   Marie Bernarde Miller, Esq.
   Gill Elrod Ragon Owen & Sherman, P.A.
   TCBY Tower
   425 West Capitol Avenue
   Suite 3801
   Little Rock, AR   72201-2413

   Derrick Mark Davidson, Esq.
   Gill Elrod Ragon Owen & Sherman, P.A.
   TCBY Tower
   425 West Capitol Avenue
   Suite 3801
   Little Rock, AR   72201-2413

   Arkie Byrd, Esq.
   Mays, Byrd & Associates, P.A.
   415 Main Street
   Little Rock, AR   72201-3801

   Cletus P. Ernster III, Esq.
   Chargois & Ernster, L.L.P.
   2700 Post Oak Boulevard
   Suite 1350
   Houston, TX   77056

   Dennis C. Sweet III, Esq.
   Sweet & Freese, P.L.L.C.
   City Centre N. Tower
   200 South Lamar Street
   Suite 410
   Jackson, MS   39207

   press

James W. McCormack, Clerk

Date: 1-31-05

BY: [signature]