IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHANIE BROCKMAN CRUTCHFIELD                                          PLAINTIFF

v.                              No. 4:02CV00074 GH

DILLARD'S, INC.                                                          DEFENDANT

### ORDER

By order filed on August 8th, the Court granted in part plaintiff's motion to amend the complaint.

On August 17th, plaintiff filed an amended complaint while defendant filed a motion to strike to strike the amended complaint as untimely since the 5-day period designated by Local Rule 5.5(e) for filing an amended pleading after the order granting that filing ran on August 15th.

Plaintiff, that same date, filed a response that her failure to comply with Local Rule 5.5(e) time limitations was the result of inadvertence and mistake, that the amended complaint was just one day late applying Civil Procedure Rule 6(a) for computation of time, defendant has known of the new causes of action since the filing of the proposed amended complaint on May 2nd, and that the trial has been continued. She also moved to be given leave to file the amended complaint out of time.

On August 19th, defendant filed a motion to extend the time for responding to the amended complaint pending a ruling on the motion to strike and renewing its motion to strike. Defendant, on August 26th, filed a response to plaintiff's motion for leave to file out of time. It takes issue with


plaintiff's computation of when her amended complaint was to be filed maintaining that it was two days past the mandatory filing deadline. Defendant argues that the Local Rules' use of the mandatory "shall" normally creates an obligation impervious to judicial discretion and she did not make her requested to extend the time for filing until after the time had run.

The Court is persuaded that defendant has not been prejudiced by plaintiff's slight delay to timely file the amended complaint especially in light of the continuance and that an order rescheduling the trial has not yet been filed. Accordingly, defendant's August 17th motion (#111) to strike amended complaint is denied thereby mooting plaintiff's August 17th motion (#114) for leave to file the amended complaint out of time. Defendant's August 19th motion (#115) for extension of time to file a response to the amended complaint is granted. Defendant has 10 days from the file-date of this order in which to file its response to the amended complaint.

IT IS SO ORDERED this 31st day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE