IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHANIE BROCKMAN CRUTCHFIELD                                         PLAINTIFF

v.                                 No. 4:02CV00074 GH

DILLARD'S, INC.                                                        DEFENDANT

## ORDER

Pending before the Court are the August 2nd motions in limine filed by plaintiff and defendant. The majority of the items listed in these motions appear to be "boilerplate" and do not specify exactly which items in this particular case that the moving party truly believes that the other side will attempt to mention or introduce into evidence. Therefore, the August 2nd motions in limine (#97 and #98) will be denied without prejudice to renew after counsel have conferred to eliminate unnecessary and broad areas that in reality do not need to be presented to the Court for a ruling.

Additionally, defendant's August 2nd second motion (#99) in limine is denied without prejudice to renew in light of the Court's August 9th order continuing the trial and directing the parties to work in good faith towards completing discovery.

IT IS SO ORDERED this 2nd day of February, 2006.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE